**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00442-CV

**DEANNA MARIE SINCLAIR, Appellant**

**V.**

**WESLEY TED SINCLAIR, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56512-2013**

## ORDER

We **GRANT** appellant's April 13, 2015 unopposed motion to extend the time to file a notice of appeal. The notice of appeal filed with the trial court on April 7, 2015 is deemed timely for jurisdictional purposes.


/s/    ELIZABETH LANG-MIERS
       JUSTICE